IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE VIRGIN ISLANDS ) ) ) ) v. ) ) FRANK MILLS and ) LAURITZ MILLS, ) DEFENDANTS. ) ) | CRIM. NO. 2011/005 <br><br> UNDER SEAL |

### ORDER

THIS MATTER is before the Court on the Government's Motion to Seal Documents.

These premises considered and the Court being duly advised, it is hereby

ORDERED that the Government's motion to seal documents is GRANTED.

DATED: March 15, 2011

_____
U.S. MAGISTRATE JUDGE

ATTEST:
Wilfredo F. Morales
Clerk of the Court

By_____
Deputy Clerk