IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE VIRGIN ISLANDS<br><br>v.<br><br>FRANK MILLS and LAURITZ MILLS,<br>       DEFENDANTS. | CRIM. NO. 2011/005<br><br>**Theft of Federal Program Funds**<br>18 U.S.C. § 666(a)(1)(A)<br>**Filing False Income Tax Return**<br>33 V.I.C. § 1525(1)<br>**Principals**<br>14 V.I.C. § 11(a)<br><br>**UNDER SEAL** |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I
### (Theft of Federal Program Funds)

On or about April 19, 2006 through December 18, 2006, at St. Thomas, in District of the Virgin Islands, defendant,

### LAURITZ MILLS

who was then an agent of Virgin Islands Bureau of Economic Research, did knowingly and willfully embezzle, steal, obtain by fraud and otherwise without authority knowingly convert to her use and the use of persons other than the rightful owner, and intentionally misapply, property that was valued at $5,000 or more, and that was under the care, custody, and control of the Bureau of Economic Research, who had received, during a one year period ending December 31, 2006, benefits in excess of $10,000.00 under the HRSA State Planning Grant Program and the FY 2006 Economic Development Planning Grant Fund, to wit, by assigning to herself monies to which she was not entitled,

in violation of Title 18, United States Code, Section 666(a)(1)(A).

US & PVI v MILLS
USAO NO 2010R00020

## COUNT II
### (Filing a False Income Tax Return)

On or about April 6, 2005, at St. Thomas, in District of the Virgin Islands, defendants,

**FRANK MILLS and LAURITZ MILLS**

while aiding and abetting each other, did willfully make and subscribe a Virgin Islands Individual Income Tax Form 1040, for calendar year 2004, which was verified by written declaration under penalty of perjury, and which they did not believe to be true and correct as to every material matter, to wit, that the Form 1040 reflected the defendants had taxable income of $77,267 in 2004, when they knew that they had taxable income exceeding that amount,

in violation of Title 33, Virgin Islands Code, Section 1525(1).

U.S & P V I v MILLS
USAO NO 2010R00020

## COUNT III
### (Filing a False Income Tax Return)

On or about March 27, 2006, at St. Thomas, in District of the Virgin Islands, defendants,

**FRANK MILLS and LAURITZ MILLS**

did willfully make and subscribe a Virgin Islands Individual Income Tax Return Form 1040, for calendar year 2005, which was verified by written declaration under penalty of perjury, and which they did not believe to be true and correct as to every material matter, to wit, that Form 1040 reflected defendants had taxable income of $101, 348 in 2005, when they knew they had taxable income exceeding that amount,

in violation of Title 33, Virgin Islands Code, Section 1525(1).

U S. & P V I v MILLS
USAO NO 2010R00020

The Grand Jury returned a TRUE BILL.

RONALD W. SHARPE
UNITED STATES ATTORNEY

BY: _____
Rhonda Williams-Henry
Assistant U.S. Attorney

DISTRICT COURT OF THE VIRGIN ISLANDS: May 17, 2011.

Returned into the District Court this by Grand Jurors and filed.

_____
U.S. MAGISTRATE JUDGE

WILFREDO F. MORALES
Clerk of the Court

By: _____
Deputy Clerk