# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 2011/05 |
| Plaintiff, ) | |
| vs. ) | **UNDER SEAL** |
| FRANK MILLS and ) | |
| LAURITZ MILLS, ) | |
| Defendants. ) | |

## EXPARTE REQUEST TO SEAL SUPERSEDING INDICTMENT

The United States of America, through its undersigned counsel, hereby requests that this Court seal the superseding indictment filed in this matter on May 17, 2011 and any accompanying arrest warrant related thereto. The basis for this request is that the above matter is related to an ongoing investigation and the defendants have not been arrested. Disclosure of information in the foregoing documents may jeopardize the investigation.

DATED: May 17, 2011

RONALD W. SHARPE
United States Attorney

*/s/ Alphonso G. Andrews, Jr.*
ALPHONSO G. ANDREWS, JR.
Assistant United States Attorney