# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 2011/05 |
| Plaintiff, ) | |
| vs. ) | UNDER SEAL |
| FRANK MILLS and ) | |
| LAURITZ MILLS, ) | |
| Defendants. ) | |

### ORDER SEALING INDICTMENT and ARREST WARRANT

This matter came before the Court on the Government's exparte request to seal certain documents filed in this matter. Having carefully considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED that the INDICTMENT, any ARREST WARRANT issued, MOTION TO SEAL and this ORDER is SEALED until further of this Court.

DATED: May 1𝑥 2011

_____
GEORGE W. CANNON
United States Magistrate Judge

ATTEST:

WILFREDO MORALES
Clerk of the Court

BY: _____
Deputy Clerk