IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>PEOPLE OF THE VIRGIN ISLANDS | )<br>)<br>) | CRIMINAL NO. 2011/0005 |
| v. | )<br>) | |
| FRANK MILLS and<br>LAURITZ MILLS,<br>          Defendants. | )<br>)<br>) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, through its undersigned counsel, hereby moves this Court to unseal the superseding indictment in the above-captioned matter and to distribute copies of the superseding indictment to all defendants. The defendants' initial appearance is scheduled for June 8, 2011, and there is no longer a need to keep the document under seal. Accordingly, the Government respectfully requests that this motion be granted.

DATED: June 6, 2011                                     RONALD W. SHARPE
                                                        United States Attorney

                                                  BY: _____/s/_____
                                                        Rhonda Williams-Henry
                                                        Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of June 2011, I electronically filed the foregoing Motion to Unseal Documents with the Clerk of the Court using the CM/ECF System and that service upon counsel for the defendants was accomplished through the Notice of Electronic Filing.

                                                  ____/s/_____
                                                        Rhonda Williams-Henry

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE VIRGIN ISLANDS | ) ) ) ) | CRIMINAL NO. 2011/0005 |
| v. | ) ) ) | |
| FRANK MILLS and LAURITZ MILLS, | ) ) ) | |
| Defendants. | ) | |

**ORDER UNSEALING INDICTMENT**

This matter came before the Court pursuant to the Government's motion to unseal the indictment in this matter. Having carefully considered the motion and being otherwise fully advised in the premises, it is hereby

**ORDERED** that the **superseding indictment** in the above-captioned matter shall be and is **UNSEALED**; and it is further

**ORDERED** that the clerk distribute copies of the superseding indictment in this matter to all defendants.

DATED: June____, 2011         _____
                                                          GEORGE W. CANNON
                                                          United States Magistrate Judge


ATTEST:
WILFREDO MORALES
Clerk of the Court


BY: _____
         Deputy Clerk