## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>PEOPLE OF THE VIRGIN ISLANDS | ) | CRIMINAL NO. 2011/0005 |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK MILLS and | ) | |
| LAURITZ MILLS, | ) | |
| Defendants. | ) | |

### ORDER UNSEALING INDICTMENT

This matter came before the Court pursuant to the Government's motion to unseal the indictment in this matter.  Having carefully considered the motion and being otherwise fully advised in the premises, it is hereby

**ORDERED** that the **superseding indictment** in the above-captioned matter shall be and is **UNSEALED**; and it is further

**ORDERED** that the clerk distribute copies of the superseding indictment in this matter to all defendants.

DATED: June ____, 2011

GEORGE W. CANNON
United States Magistrate Judge

ATTEST:
WILFREDO MORALES
Clerk of the Court

BY: _____
Deputy Clerk