IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 2011-05** |
| | ) | |
| **FRANK MILLS and** | ) | |
| **LAURITZ MILLS** | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney appears in this action as counsel on behalf of the United States of America, and requests that all pleadings and correspondence in this matter be served upon her at the following address:

>Kelly B. Lake
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>Ron de Lugo Federal Building
>5500 Veterans Drive, Suite 260
>St. Thomas, V.I.  00802-6424
>Kelly.Lake2@usdoj.gov

>RONALD W. SHARPE
>UNITED STATES ATTORNEY

DATED: June 8, 2011          By: /s/ Kelly B. Lake
                                 Kelly B. Lake
                                 Assistant U.S. Attorney

*USA v. <u>Frank Mills & Lauritz Mills</u>*, Crim. No. <u>2011-05</u>
Notice e of Appearance
Page 2

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this <u>8th</u> day of <u>June 2011</u>, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the District Court using the CM/ECF system, which will send a notification of such filing (NEF) to Treston Moore, Esq.

                                              /s/ Kelly B. Lake
                                              Kelly B. Lake